445 A.2d 248

Damirgian v. Damirgian, Appellant.

Argued September 9, 1981. Irwin Paul, for appellant; Judith S. Eden, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

445 A.2d 248

Davis, Appellants v. Szkolnicki.

Argued June 1, 1981. David P. Brown, III, for appellants; Clarence D. Bell, Jr., for appellee.

Before CAVANAUGH, MONTEMURO and SHERTZ, JJ.

Affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.